Sarah S. McLEAN, John T. Johnson and A. F. McLean, Jr., Petitioners v. GODWIN PROPERTIES, INC., Godwin Construction, Inc., and Mac M. Godwin, individually and in his capacities as agent for Godwin Properties, Inc., and Godwin Construction, Inc., Respondents.

(363 S. E. (2d) 108)

Supreme Court

Dec. 14, 1987.

## ORDER OF DISMISSAL

It appearing to the satisfaction of the Court that the above entitled case has been fully and finally settled by agreement between the parties,

IT IS ORDERED that the above captioned appeal be and hereby is dismissed.